In the Matter of EMMA ROSENTHAL, as Surviving Executrix of JESSE ROSENTHAL, Deceased, Respondent, against MARK GRAVES et al., Constituting the State Tax Commission, et al., Appellants.

Submitted April 22, 1937; decided May 25, 1937.

*John J. Bennett, Jr., Attorney-General* (*Seth T. Cole* and *Harry T. O'Brien, Jr.,* of counsel), for appellants.

*Thomas A. S. Beattie* and *Sidney A. Wolff* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.